UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT of TEXAS
AUSTIN DIVISION

FILED
JUN 1 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DEWARD L, CUMMINGS II (Jr) )
Petitioner )
 )
 ) Case #
UNITED STATES POSTAL SERVICE, POSTMASTER (USPS) )
MERIT SYSTEM PROTECTION BOARD, CHAIR (MSPB) )    1:20CV0579 RP
MERIT SYSTEM PROTECTION REVIEW BOARD (MSPBR) )
Respondent(s)

## REQUEST a WRIT of ERROR CORAM NOBIS, a WRIT of MANDAMUS & a WRIT of CERTIORARI

NOW COMES the Petitioner DEWARD L. CUMMINGS II & files the following request, for the **following reasons,** & ONLY THESE REASONS, [1] to **CORRECT** a **Violation** of the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** which were intentionally <u>violated</u> by an MSPB (SSA) [2] Administrative Judge (AJ) who intentionally **ADDED** a <u>4th Charge</u> AFTER the Petitioners employment removal Hearing/Trial was closed, <u>then</u> the USPS, the MSPB, it's Review Board, the Federal Appellant Court, <u>this Court</u> & Congressional Representatives allowed this **injustice** & <u>illegal</u> **conspiracy** to continue FOR **30 years,** Therefore the Petitioner request the Court Order a <u>WRIT of ERROR CORAM NOBIS,</u> a <u>WRIT of MANDAMUS,</u> & a <u>WRIT of CERTIORARI</u>.

## COURT & CLERKS CAUGHT IN <u>LIE</u> ABOUT FILING

1. On March 13th 2020, the USPS delivered to, *Suite 1100 Austin TX 78701-3812*, **this** Petition Certified. (SEE attached at Exhibit "AA"). [3]

2. After the Petitioner called the Court Clerks Office four (4) times over 15 days & was told by a Clerk, the Court never revived the three (3) copies of **this** Petition, **he ACTED!**

3. ONLY when the Petitioner demanded the USPS trace the Certified did the Court send the Petitioner the WRONG petition, the previously filed. (SEE Exhibit "BB")

4. **The pending arbitrary action by this Court is similar to the Pending action in the** General Flynn **dismissal,** (Writ of Mandamus) **that & THIS Judge is acting as <u>Prosecutor, Judge & JURY!</u>**

1.

---

[1] FOR THE LAST "(T)RUKING TIME "I" THE PETITIONER IS not SEEKING REVIEW OF THE MSPB & COURT OF APPEALS DECISIONS.   The Petitioner is asking the USPS & MSPB if the MSPB AJ illegally add a FORTH (4th) CHARGE!
[2] The MSPB *for no apparent reason* assigned a Social Security AJ to my case and another USPS Council Bluffs employee.
[3] The USPS had a different signature (SEE @ Exhibit "AAA")

## PARTY'S

4. Petitioner, DEWARD L. CUMMINGS II (Jr) who resides at 709 Flores St. Lockhart TX 78644-1820, Phone # 512 940 5491. (Petitioner)

5. UNITED STATES POSTAL SERVICE, POSTMASTER, located 475 L'Enfant Plaza SW RM 74012 Washington D. C. 20260-0010 & Main Post Office Omaha NE & the USPS has offices in Texas. (USPS)

6. The MERIT SYSTEM PROTECTION BOARD, CHAIR & MERIT SYSTEM PROTECTION REVIEW BOARD located at 1615 M St, NW Washington D. C. 20419, has offices in TX. (MSPB or MSPBR)

## OBJECTION to COURTS BARMENT ORDER & DECISIONS

7. The Petitioner is **NOT** *seeking review of his USPS removal,* he's seeking an "opinion" from a Superior Court if a lower Administrative Court **Violated** his **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** by a added a **4th** charge AFTER the **hearing/TRIAL** process was **close**.

8. Without question, IF the Court finds the USPS & the MSPB (SSA) Judge DID violate the Petitioners Due Process Rights, YES, the Petitioner would welcome a Reinstatement Order. BUTT!

## Writ of Coram Nobis

9. Having read 28 U.S.C. § 1651 and all parts there-in I realized a **Writ of Error of Coram Nobis** applies in this action.

The writ of coram nobis (also known as writ of error coram nobis) is a legal order **allowing a court to correct** its original judgment **upon discovery of a fundamental error** that **did not appear** in the records of the **original judgment's proceedings** and **would have prevented the judgment from being pronounced ……,**

## WRIT of MANDAMUS

10. Having read 28 U.S. Code § 1361.."*Action to compel an officer of the United States to perform his duty"* Rule 21. (a) and all parts there-in of the Federal Code I realized a **Writ of Mandamus** also applies in this action.

(3) Upon receiving the prescribed docket fee, the clerk must docket the petition and submit it to the court.
(b) Denial; Order Directing Answer; Briefs; Precedence.

## WRIT of CERTIORARI

11. Certiorari is a court process to seek judicial review of a decision of a lower court or **administrative agency.**

## STATUE OF LIMITATION ISSUE

12. As in the **Writ of Certiorari,** the **Writ of Error Coram Nobis & Writ of Mandamus** Statues & Rules, as is in the **Innocent Project** case history, as is in the Petitioners USPS/MSPB action, there is **NO** Statue of Limitation on **Judaical** or **Prosecutorial** Misconduct. [4]

## JUDICAL MISCONDUCT

13. In the Petitioners USPS Removal, the MSPB (SSA) AJ violated Federal Statues including his **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** by **added** a 4th charge of *Insubordination* after the Trial/Hearing process was **closed** including 18 USC Section 1001 (3), "*makes or uses any false writing*", & USC 1519 then the **MSPB** (SSA) **AJ,,,..........** **twice Falsified** Federal Government Documents, [5] [6]

## PROSECUTORIAL MISCONDUCT

In the Petitioners USPS Removal, according to **18 USC Section 1001 (3), USC 1519, 8 USC 1324c. (a)(1)** the US Postal Service **violated** those Statues when the USPS **did not** correct & or **REPORT** the (SSA)AJ's intentional **Harmful Error.** [7]

## DUE DILIGENTS

14. The Petitioner has been "a pain in the **ass**", **Due Diligent,** for 30 years, through 100's of US Congressional inquires, MSPB FOIA's & Court petitions. [8]

15. This **case** is no different than 1,000's of **Innocent Project** & General Flynn cases [9] as the Petitioner is asking this Court to CORRECT this (SSA) AJ's **illegal** action & the Petitioners **Illegal** removal.                   Time is not important only **JUSTICE.**

## .JUDICAL STANDING

16. The Petitioner has been **Due Diligent** & filed numerous actions, FOIA's, 100's of Congressional inquiries, Petitions to various Agency's, Courts, **including this** COURT, [10] to correct the AJ's intentional harmful ERROR.

3.

---

4   GRIFFIN v. STATE | 215 A.3d 424 (2019) | By Beasley ...
5   8 U.S. Code § 1324c. Penalties for document fraud
6   It was (IS) the **INTENT** of the Judges **illegal action** that is the Reason for the **WRIT(s).**

7   A phrase the MSPB used to describe an ILLEGAL act, as adding, changing or modifying an agency's original charge.
8   People v. Alvarez :: 2019 :: New York Court of Appeals ...
9   The Petitioner cites the 10's of thousands of Innocent Project cases world wide of Judaical Misconduct.
10  This Court held (holds) the Petitioner in the most despicable contempt, WHY!

18.     THEREFORE the Petitioner has the **Due Diligent** right **& standing** to file this action or the Court **must** SHOW CAUSE that it can **BAR** the Petitioners action therefore the Petitioner is requiring a Clearly Stated, Objection in **Legal terms**, NOT case law, in an Order WHY Barment? [11]

19.     Not just the *"Plaintiff once again is attempting to relitigate previous unsuccessful attempts to challenge his 1989 termination."* [12] which is **arbitrary** & an Abuse of **Desecration.**     LET THE RESPONDANT OBJECTE,,, NOT ONE LIBERAL JUDGE!

20.     *You* know Judge, *"You are dam right."*, & I am not going to stop **until I clear my name.**

PERSONAL BACKGROUND ISSUES<br>REASON for DELAY

21.     This Court, in 2016, dismiss a properly filed Freedom of Information Petition without cause or explanation & became part of the conspiracy!  (see Footnote 8)

22.     That along with the Petitioners 2014 Divorce, his 100% Veteran PTSD Disability, drove the Petitioner to a deep state of Depression, the reasons for the 4 year absence..

23.     It is and was the USPS **Threat Charge** (that labeled the Petitioner as a threat) **that has made** the Petitioner a pariah & past 30 years life a living **HELL**! [13]

## PRIMARY ISSUE(s) for the PETITION & WRIT(s) BEFORE THE COURT

24.     The **PRIMARY ISSUE**, (OUESTION(s) is, **IS**, [14] can **any** Judge in **any** Jurisdiction under **any** circumstance Legally *ADD* a **charge**, [15] AFTER the Hearing/Trial is **close** without the consent **or knowledge** of the party's.

25.     (Question) **Did**, the (SSA)/MSPB AJ, the MSPB, MSPBR & the USPS violate the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS**, when they allowed the (SSA)/MSPB AJ to add a 4th **charge,** then the MSPB, MSPBR, USPS, the US Appellate Court & this Court allowed the (SSA) AJ to cite in the AJ's 2nd **Decision** *"including the charge of insubordination which was affirmed by the Board"*, thus commuted a **Fraudulent** &/or **Illegal** act.  (SEE Attached @ "C" 1st Pagh)

4.

---

11   If the individuals that are found innocent because of Judaical mistakes how is the instant case different.
12   It was an arbitrary capricious & abuse of desecration.
13   Caused two (2) divorce, made him a para in the communities his has lived in & alienated him from his 2 sons>
14   Good enough for **Bill Clinton**, good enough for me.
15   Any issue or charge, Administrative or criminal (any charge that involves employment in the Federal Sector).

26.     (Question) Under **18 USC 1519** & **18 USC Section 1001 (3)** & **18 USC 4** & any other Federal Laws, Rules or Regulations **did** the **USPS** knowingly violate the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** when the USPS **did not** attempt to &/or correct the (SSA/MSPB) AJ's intentional **Harmful ERROR**.

27.     Next ISSUE, **Question;**  If this illegal action occurred (Judge **ADDED** an additional Charge) can **any** Federal Superior Court **correct** that (SSA) MSPB AJ's ILLEGAL action & Order those Agency's involved to **correct that Illegal action?**

## ILLEGAL ACTION by GOVERNMENT EMPLOYEES & AGENCY'S

28.     These past 30 years cited here-in has Government Agencies intentionally OBSTRUCTED JUSTICE, SURPRESS EVIDENCE & the MSPB LIED to Congressional inquires, LIED to Congress?

29.     The **Suppression of Evidence** was committed by the party's cited at here-in that they have not recognized the (SSA) MSPB AJ's harmful ERROR of **ADDING** the 4th charge.

30.     The act of **Obstruction of Justice** intentionally committed by the party's cited here-in that they have **intentionally** not recognized the AJ's **intentional ERROR** & other MSPB Legal "miss-steps", SEE @ # 37, which are support in the deceptive letters to Congressional inquires.

31.     The AJ's **act** of ADDING a charge AFTER the Petitioners removal hearing was closed, when the AJ was in Denver CO & the hearings were in Omaha NE was a violation of every Federal Law, Rule & Regulation that exist.

32.     The AJ's **action** could be construed as **Retaliation, Sexism, Racism & Conspiracy**.

## 4th Charge BACKGROUND Issue

33.     The Petitioner was charged by the USPS in a 1989 removal action (firing) with **three (3) charges.**     SEE @ EXHIBIT (A).

34.     The Petitioner **Appealed** the USPS action to the Merit Systems Protection Board (MSPB) to which a hearing (trial) was held over two (2) days. [16] [17]

**5.**

---

16   The Petitioners Fourth (40) Birthday, August 5[th.]
17   THE MANY MSPB MISTAKES,,, At first they set the Hearings in IA, moved it to NE, appointed a Man, then changed to a Spanic female from the Social Security Commission.

35. After the MSPB "hearing", "trial", was closed, **done** & no other evidence or Charges should/could be introduced, **thus** the Petitioner could not **defend himself** over any additional charge,,, **nevertheless** the MSPB/SSA, AJ **added** an additional 4th charge of INSUBORDNATION. SEE @ EXHIBIT (B) Pg, 10 Pagh. 2, L, 10. & 11.

36. The Petitioner appealed the AJ's 1st Decision to the MSPBR [18] citing the 4th charge Error, where-in the Board **Ordered** the AJ to reinstate the Petitioner (*based on other Board Decisions*) SEE @ EXHIBIT ("D" last page).   SEE mspb.com.search, Cummings

37. In the AJ's 2nd Decision @ EXHIBIT (C) the AJ used this 4th bogus, added, **Illegal** charge as **THE** **charge** to remove the Petitioner from the USPS.

38. In the AJ's 2nd **Decision** @ EXHIBIT (C) , *Initial Decision*, **first** paragraph, the AJ **feloniously** states the MSPRB cited INSUBORDNATION as a CHARGE.

39. That was a LIE, & violated USC 1519 "*falsifying* a Federal Government Document" & as are 18 U.S.C. & §1621, illegally used that charge to Remove the Petitioner from the USPS denying the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS!**

## Un-Disputable CONSPERCY

40. An Un-**Disputable** CONSPERCY is establish when the Postal Service allowed in the MSPB AJ's 1st & 2nd Decisions, in the MSPB Review Boards, 1st & 2nd Decisions, in the Federal Appellant Court Decision, in every Congressional inquire, THIS COURT, that they knew (knows) there was **NO 4**$^{th}$ **charge**, YET all cited above, participated in this **Injustice**.

## MSPB Review Board Intentional ERROR  (Additional Question)

41. In the MSPBR's **1**$^{st}$ Decision, EXEHIBIT (D) @ 1st Footnote the Board cited the USPS Response was filed by a **different person** than the Registered Representative, therefore, "*the agency's response will not be considered.*", [19]

42. THEREFORE, the USPS was technically a **NO SHOW**, could not present a "opposing argument", had no "opposing response", NO "Prosecutorial Objective

---

18   The Board SAT no, **held** that Appeal for 18 months, two weeks after the Statue of Limitations ran on the Petitioners ability to take legal action against the Omaha Airport Authority,,,, YOU CAN NOT LIE ABOUT THE TRUTH!

19   The Petitioner had file an Objection concerning the Post Mark.   USPS sent their Response 5 days LATE.

43. THEREFORE, according to traditional Law, no Objection, no Response, the Prosecutor, a NO SHOW, [20] THEREFORE the MSPBR only had the Petitioners, the Defendant, the Appellants **Argument to Review**, THEREFORE the Petitioner should have **PREVAILED, never been fired,** never had to live the past 30 years **IN a living HELL!** The MSPBR had only ONE filing to Review. **MINE!**

### MSPB's Term for the AJ's Illegal Action

44. The MSPB's *Term* for an AJ **adding a charge** is, *"Not Invoked by the Agency"*, **IF,** the Court cares to, the Petitioner can produce 1,000's, Ten's of Thousands of MSPB Review Board cases where the Board over turned those AJ's arbitrary, capricious & abuse of desecration Decisions, citing *"Not Invoked by the Agency"*,,,,

45. EXCEPT MINE. (Not counting the cases that were never Appealed to Board)

### PRIMARY RESPONISABLE

46. The Postal Service is **responsible** for this *illegal* action, **conspiracy** & intentionally perpetuated this action & has been a willing participant in its **illegality** by the cited here-in.

47. The Postal Service prepared the charges, THEY KNEW there was NO forth (4th) Charge, yet ALLOWED the 4th **illegal charge to stand.**

48. The Petitioner submits Fed. Case # **A15CV0993LV & 20-CV-028** as addition **evidence.**

49. These cases are in this Courts files & to save time, money & paper, prays the Court allow the Petitioner this courtesy.

50. Judge I believe the ONLY reason for this sick use (abuse) of the Government, is to punish a decorated Veteran for exercising his Constitutional Rights, **BUT,** the PRIMARY REASON IS, is if this **Conspiracy** exposed the person that DID THIS **illegality** will lose their Government Pension & then there is 30 yeas of MY Back **Pay?**

### ACTION REQUESTED BY THE PETITIONER

THEREFORE the Petitioner Prays the Court answer the Charge that the Court intentionally lied to the Petitioner about the filying ERROR, then grant a **WRIT** of **CEERTIORARI,** and allow a **WRIT of CORAM NOBIS** & a

7.

---

[20] Same as an opposing party in a Court litigation not appearing in Court, THE COURT would side with the party THAT APPEARED, showed UP with it's defense, with it's TIMELLY FILEING.

**Writ of Mandamus** & require the Respondents to **RESPOND** & to allow the Petitioner to file Interrogatories to the Respondents to ascertain if the Petitioner **assertions,** accusations are **correct,** & grant the Petitioner an in Court Hearing to allow the Petitioner to argue the Courts Barment Order so he can establish his right to **Justice** & if his **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** were & ARE being violated, & **if** the Court determiners the MSPB AJ, the MSPB Review Board, the MSPB staff, the Postal Service & Appellate Court violated various MSPB, Federal & Postal Laws, Rules & Regulations, thus violated & conspired to deny the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS,** the Petitioner **Prays** the Court will **Order** the MSPB &/or the USPS to **Reopen the Case** &/or **Reinstate** the Petitioner to his termination date in accordance with the Federal Back Pay Laws, Rules & Regulations, [21] or the Court **Show cause**.

_____       May 27/20
Deward L. Cummings II (Jr)       Date

The above & Attached were sent & served on the Respondents by Certified US Mail this _____ day of _____, 2020, to the Postal Service, Washington D.C to the Chairman @ the MSPB office in Washington D.C. at their address as cited here-in @ #4. through #6.

### And that's all I've got to say about THAT!  Maybe?

NOT QUITE;   In 2004 this (SSA) MSPB Social Security Judge was cited as the HIGHST paid SSA Judge, $145,000 a year, ??? WHY HER????   Because of ME. Three (3) of the USPS witneness became PostMasters.   Just SICK.

8.

---

21 <u>Title 5. Administrative Personnel</u>
2. <u>Chapter I. OFFICE OF PERSONNEL MANAGEMENT</u>
3. <u>Subchapter B. CIVIL SERVICE REGULATIONS</u>
4. <u>Part 550. PAY ADMINISTRATION (GENERAL)</u>
5. <u>Subpart H. Back Pay</u>
6. Section 550.805. Back pay computations.