IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2016 JUL 20  AM 10: 06

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| DEWARD L. CUMMINGS II, | § |
| PLAINTIFF, | § |
| | § |
| V. | §   CIVIL NO. A-15-CV-993-LY |
| | § |
| UNITED STATES POSTAL SERVICE, | § |
| POSTMASTER; MERIT SYSTEMS | § |
| PROTECTION BOARD; MERIT | § |
| SYSTEMS PROTECTION (REVIEW) | § |
| BOARD; AND UNITED STATES COURT | § |
| OF APPEALS FOR THE FEDERAL | § |
| CIRCUIT, | § |
| DEFENDANTS. | § |

## ORDER ON REPORT AND RECOMMENDATION

Before the court is Defendants' Motion to Dismiss or for Summary Judgment filed April 20,

2016 (Doc. #18).  The motion was referred to the United States Magistrate Judge for findings and

recommendations.  *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72; Loc. R. W. D. Tex. Appx. C, 1(d).

The magistrate judge signed his Report and Recommendation on June 22, 2016 (Doc. #36),

recommending that this court grant Defendant's alternative motion for summary judgment.

Pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure, a

party may serve and file specific, written objections to the proposed findings and recommendations

of the Magistrate Judge within 14 days after being served with a copy of the Report and

Recommendation, and thereby secure a *de novo* review by the district court.  A party's failure to

timely file written objections to the proposed findings, conclusions, and recommendation in a Report

and Recommendation bars that party, except upon grounds of plain error, from attacking on appeal

the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *See*

*Douglass v. United Services Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).

The parties in this cause were properly notified of the consequences of a failure to file objections. Plaintiff's "Objection to Judicial Report & Recommendation & the Disqualification of Judge" was filed July 19, 2016 (Doc. #40). In light of Plaintiff's objection, the court has undertaken a *de novo* review of the entire case file in this action and finds that the Report and Recommendation should be accepted and approved for substantially the reasons stated therein.

**IT IS THEREFORE ORDERED** that Plaintiff's "Objection to Judicial Report & Recommendation & the Disqualification of Judge" was filed July 19, 2016 (Doc. #40) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #36) is hereby **APPROVED AND ACCEPTED** as set forth herein.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment filed April 20, 2016 (Doc. #18) is **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that Plaintiff Deward L. Cummings II shall not file any future actions in the United States Court for the Western District of Texas without first obtaining permission from a magistrate judge or district judge of this court, or a circuit judge of the United States Court of Appeals for the Fifth Circuit.

SIGNED this _____ day of July, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE